1  **WO**

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                    **FOR THE DISTRICT OF ARIZONA**

8

9   Michael Emerson Correll                )    No. CV-87-1471-PHX-SMM
                                           )
10              Petitioner,                )    DEATH PENALTY CASE
                                           )
11  vs.                                    )
                                           )    **ORDER**
12  Dora Schriro, et al.,                  )
                                           )
13              Respondents.               )
                                           )
14  _____       )

15       This Court having remanded this case to the state court for resentencing,

16       **IT IS ORDERED** that the Clerk of Court shall expeditiously return the state court

17  records received on April 7, 1999 (Doc. 155) to the Clerk of the Arizona Supreme Court,

18  1501 W. Washington Street, Phoenix, Arizona 85007-3329.

19

20       **DATED** this 15th day of December, 2010.

21

22

23                              Stephen M. McNamee
                                United States District Judge
24

25

26

27

28